[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 8, 2006
THOMAS K. KAHN
CLERK

No. 05-14065

_____

D. C. Docket No. 04-00257-CV-ORL-18-JGG

JIAN-JIAN REN,

Plaintiff-Appellant,

versus

UNIVERSITY OF CENTRAL FLORIDA BOARD OF TRUSTEES,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 8, 2006)**

Before TJOFLAT, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Jian-Jian Ren appeals the district court's grant of summary judgment on her

claims against the University of Central Florida Board of Trustees ("UCF")

alleging that she was denied a promotion to full professorship in mathematics

because of sex discrimination and retaliation in violation of Title VII of the Civil

Rights Act of 1964, the Florida Civil Rights Act of 1992 (FRCA), and the Florida

Educational Equity Act (FEEA).

We have reviewed the record and considered the briefs and the oral argument of the parties. Based thereupon, we find no error in the district court's conclusion that the plaintiff had failed to provide sufficient evidence to rebut the gender neutral reasons presented for the failure to promote or to adequately support a claim of retaliation.

**AFFIRMED.**